**Electronically Filed
Supreme Court
SCWC-19-0000505
26-SEP-2024
02:30 PM
Dkt. 32 ODAC**

SCWC-19-0000505

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IVY H. ANDRADE, Personal Representative
of the Estate of CARLOS LAWRENCE ANDRADE, Deceased,
Respondent and Petitioner/Plaintiff-Appellee/Cross-Appellee,

vs.

KUOLULU (k); MANUEL RAPOSO A.K.A. MANUEL RAPOZO; MARIA ALVINA
JOSE A.K.A. MARIA ALVINA RAPOZO; MANUEL JOSE, SR.; ALBERT J.
JOSE; WAYNE KENNETH JOSE; MAY CLARA JOSE; FRANCIS DURFEE; DEBRA
DIANNE JOYCE; MICHELLE WOOD; TRACY ANN WALDRON; MARY F. WEBB;
RAYMOND EDWARD JOSE; LYDIA S. JOSE; DOROTHY TAVARES A.K.A.
DOROTHY JOSE; JACINTHO "JACK" JOSE; ADAM THOMAS JOSE; NORMA J.
WAGNER; THOMAS ADAM JOSE; JUDY JOSE; EVA "EVELYN" CHANG A.K.A.
MARY EVA "EVELYN" CHANG; JANICE PANG HACKBARTH A.K.A. JANICE
PANG A.K.A. JANICE CHANG; GORDON N. CHANG; GAYLE N. MORIHARA;
REGINALD DERRICK NEWBERRY A.K.A. REGINALD DERRICK CHANG;
MARGARETTE "PEGGY" KALEIWAHEA; WILLIAM E. KALEIWAHEA, JR.; WAYNE
A. KALEIWAHEA; PHILLIS GRADO; ANTOINETTE K. JOHNSON; JACQUELINE
"JACKIE" KALEIWAHEA; KIM KALEIWAHEA; ALICE G. MOORE; HERBERT G.
MOORE; AMELIA "EMILY" J. ABREN A.K.A. AMELIA SILVA; JOHN "JACK"
JOSE; BYRON JOHNSON JOSE; JACQUELINE KNOBBE A.K.A. JACQUELINE
BLOCK; ROBERT JOHN KNOBBE; ALFRED "FRED" JOSE; JAMES RANDOLPH
JOSE; ALFRED JOSE, JR.; ANGELINE CORDEIRO A.K.A. ANGELINA
CORDEIRO; SISTER JEANNE CORDEIRO A.K.A. GENEVIEVE CORDEIRO;
HERBERT CORDEIRO; IRENE TERESA CORDEIRO; DENIS G. CORDEIRO; JOHN
H. CORDEIRO; CHARLOTTE WEEKLEY; MICHELLE L. WEEKLEY; CHARDRA
LEAH BRYANT; CHERYL BETH BESHORE A.K.A. CHERYL BETH WEEKLEY;
GEROLD BESHORE; ROBERT CORDEIRO; NATALIE CORDEIRO; ROXANE MARIE
MILLER; LORY ANN QUIPOTLA; KENNETH N. CORDEIRO A.K.A. NORMAN
KENNETH CORDEIRO; JOHN P. CORDEIRO; LUIS DRAPER; NICOLE KELSON;
HALEY CARTER; DEBRA VITTORE; SANDRA LUANA CORDEIRO; ALEXANDER
JOSE; JR.; BETTY JOSE LONG A.K.A. JACQUELINE "PEGGY" LONG; PAUL
V. LONG; DORIS HEDGEPETH LONG; CLARENCE R. JENKINS; JOHN H.
JENKINS; HUBERT LEVI JENKINS; EDWARD EARL JENKINS, JR.; BETTY

ANN BASS A.K.A. BETTY ANN PINERO A.K.A. BETTY ANN BALAI A.K.A. BETTY ANN LONG; CAMERON PINERO; PAUL LEWIS PINERO; SHARNELL KOGER; PAUL LEWIS PINERO, JR.; PATRICIA PINERO; MARGARET JANE TAYLOR; JODIE PEDRO; BRIAN TAYLOR; ROBERT A. TAYLOR, JR.; PAKA CHARLES TAYLOR; KEHAU CHARLES TAYLOR; PATRICIA JEAN FERREIRA A.K.A. PATRICIA JEAN JOSE; CHARLES FERREIRA; SHARON MARTINEZ; PAMELA UMIAMAKA; DEANN FERREIRA; WILLIAM STEPHEN JOSE; GEORGINA "JEAN" WOODS; BARBARA JEAN MYERS; SHIRLEY ANN MYERS; GEORGE JOSE, SR.; GEORGE JOSE, JR.; WAYNE JOSE, son of George Jose, Jr.; ROSE COBO A.K.A. ROSE JOSE; JOYCE COFFIN; MARIA PEARL; RANDY JOSE; DAVID JOSE; THOMAS JOSE, son of George Jose Jr.; ROSELYN DUNCAN A.K.A. ROSLIN JOSE; JONI M. FIELD; RANDOLPH MATTHEW FIELD, JR.; EDWARD CELESTINE JOSE; DONALD R. JOSE; SHARON MARIE JOSE; EDWARD JOSE, JR.; DOROTHY JOSE; DEREK JOSE; DOUGLAS JOSE; DEBORA ANDERSON A.K.A. DEBORA JOSE; DORIE BAKER; ELIZABETH SANTIAGO A.K.A. ELIZABETH JOSE; CHARLES L. JOSE; EDWARD JOSE; DAWN BASUIL; THERESA FLORES; DELORES C. SWAYNE A.K.A. CATHERINE D. JOSE; DIANA SHIRLEY BRITT A.K.A. DIANA JOSE; LISA ANN KYLE A.K.A. LISA ANN BROWN A.K.A. LISA ANN BRITT; BRYANT D. BRITT; CRYSTAL MARIA COSTILLA BRITT A.K.A. CHRYSTAL COLICHER; SHELBY M. WISE A.K.A. SHELBY M. BRITT; BRYANNE DIANA BELANGER; HELEN BLACKWELL A.K.A. MARTHA HELEN JOSE; ANTHONY "TONY" JOSE; BARBARA JEAN THOMPSON; CYNTHIA LOUISE CAMACHO; KENELM K. CHANG; LILLIAN CHANG; NALINE M. LEE; FRANCISCO "FRANK" JORDAN; MANUEL JORDAN, JR.; JOSEPH "BILL" JORDAN; ALICE S. JORDAN; WALTER SIMAO, SR.; ELLEN SIMAO; ENID SIMAO; LEE DOWNS; EARL SIMAO; DEANNA CARRERA; RICHARD SIMAO; HAROLD W. SIMAO; ANGELINA "JEAN" MILLS; ALLAN DOUGLAS BEERMAN; SUSAN RENE WARE; JOSEPH A. SILVA; MARGARET F. SILVA; PETER J. SILVA, SR.; JOSEPH A. SILVA, JR.; MARGIE L. GALINDO; CAROL MARIE WATERS; ALFRED SILVA GANANSA; ANTHONY SILVA; JOYCE A. SILVA; NICHOLAS G. SILVA; BEATRICE SILVA; MARGARET J. CAMERON; PATRICIA FRANCES PILA; ROBERT PILA, JR.; DIANE HAYASHI; ROBERT PILA III; CAMERON PILA; HELEN DePERRIERA; ERNEST DePERRIERA; JR.; STEPHEN D. PERRIERA, SR.; STEPHEN D. PERRIERA, JR.; JESSE PERRIERA; SCOTT ALAN PERRIERA; DEAN A. PERRIERA; TABITHA M. PERRIERA; AMBER LEIGH MURPHY; TIFFANY J. PERRIERA; NICHOLAS WILLIAM PERRIERA; ADAM P. PERRIERA; JONATHAN M. PERRIERA; AMANDA SKAWSKI; DANNY PERRIERA; BARBARA JEAN BROWN; ADAM RAPOZO JORDAN; HELEN JORDAN; ROBERT JORDAN; LAWRENCE JORDAN; EVA JANDA A.K.A. EVE JONDA; LINDA J. GILL; IDA J. MARIANO; JOSEPH "SONNY" MARIANO; HILDEGARD C. MARIANO; THOMAS JOSEPH MARIANO; JOHN CLARK MARIANO; JEANNETTE CHAVEZ; BEATRICE CAMPBELL; PATRICK MARIANO; JOSEPH MARIANO III; WALTRAUD "DOLLY" HEITZ; HANS JURGEN; SANDRA NOLL; RODNEY E. MARIANO; DAVID C. MARIANO; MICHELLE N. GARCIA; GERALD "JEROME" MARIANO; BEVERLY KALIKO MARIANO; MARJORY M. STARMEN A.K.A.

MARGIE STARMAN; MICHAEL DUARTE; MARK DUARTE; DEBRA SHOFFIT; BETTY ANN LEE; JEANETTE JOHNSON; MANUEL RAPOZO, JR.; GEORGINA "JEANNIE" ISABELLA REAY; ARTHUR MARION REAY; CAROLINE ISABELL RATHBURN; MARVIN ARTHUR RATHBURN; NORMA RATHBURN; MARVIN S. RATHBURN; VANESSA MARIE RATHBURN; LEVI RATHBURN; KENNETH RATHBURN; THOMAS R. RATHBURN; RENEE RATHBURN; DAVID A. RATHBURN; RICHARD A. RATHBURN; RENELLEN HENRY A.K.A. RENELLEN BEGBIE; RAYMOND A. REAY; OLIVIA McMAHEL; ANN DONNA JACOBI; BRUCE T. JACOBI; NOLA SUSAN SMITH; CLIFFORD A. McMAHEL; DEAN McMAHEL; TERRY LYNN HERMAN-SANTOS A.K.A. TERRY LYNN HERMANN; TIMOTHY McMAHEL; JOHN RAPOZO; JACKIE DIAS A.K.A. JOSEPHINE RAPOZO; MERLIN NORTON RAPOZO; ROBERT RAPOZO; DUANE RAPOZO; MARIAN J. TAVARES; LEONARD RAPOZO; RONALD RAPOZO; WILLIAM "WILLIE" RAPOZO; VIOLET RAPOZO; CHARLOTTE L. CUMMINGS; ANDREW CUMMINGS; ANGELINE SOUZA A.K.A. ANGELINA SOUZA; MANUEL RAYMOND SOUZA; LYDIA EDITH SOUZA; BEVERLY JUNE BIGONGIARI; NELLO BIGONGIARI; JOSEPH SOUZA; GABRIEL SOUZA; JAMES BENJAMIN "BENNY" SOUZA; FRANK RAPOZO, SR.; JOSEPH RAPOZO; EDWARD RAPOZO; RAYMOND RAPOZO; FRANK (FRANKIE) RAPOZO, JR.; MARIE SARDINA RAPOZO A.K.A. MARY "GIRLIE" RAPOZO; JOSEPH SARDINA RAPOZO; JOSEPH RONALD RAPOZO A.K.A. RONALD RAPOZO; GORDON RAPOZO; GERALD RAPOZO A.K.A. JERRY RAPOZO; MARY RAPOZO; GILBERT RAPOZO; RAYMOND R. RAPOZO; RUSSELL RAPOZO; NICHOLAS RAPOZO; ELLEN RAPOZO; STEPHEN RAPOZO; MERVIN RAPOZO; MADELINE YAMAGUCHI A.K.A. MADELINE RAPOZO; DOREEN RITA A.K.A. DOREEN RAPOZO; ANTONE RAPOZO; MARY RAPOZO A.K.A. MARY SILVA; REGINALD JOSEPH SILVA; MERVIN "STAN" SILVA; KATHLEEN KOERTE; KATHERINE SILVA; ANTONE RAPOZO, JR.; LILLIAN V. RAPOZO; OLIVIA EVANS; EUGENE EVANS, SR.; MARTIN "MARK" RAPOZO; GEORGE VICTOR RAPOZO; MARK RAPOZO; GERALDINE RAPOZO; MARTIN RAPOZO; GERALD RAPOZO; KAREN RAPOZO; ALFRED R. RAPOZO; PATRICIA RAPOZO; BARRY RAPHAEL RAPOZO; LARRY STEPHEN RAPOZO; PEGGY PONCINI-RAPOZO; RUSSELL RAPOZO TRUSTEE OF THE EDWARD S. RAPOZO TRUST; PILAA KULEANA LLC; DEPARTMENT OF TAXATION, STATE OF HAWAIʻI; NORTHSHORE KALO LLC, a Hawaii Limited Liability Company; their respective heirs and assigns,
Respondents/Defendants-Appellees/Cross-Appellees,

and

WAYNE J. RAPOZO, Petitioner and Respondent/
Proposed Intervenor-Appellant/Cross-Appellee,

and

SHANNON BUCKNER,
Petitioner and Respondent/Defendant-Appellant/Cross-Appellee,

and

MERWIN ANDREW STAPP, JR.; SHARON MARGARET STAPP; JENNIE GUERRERO; TERI FERREIRA-IGE; EUGENE EVANS, JR.; MATHEW EVANS and SHAMUS EVANS,
Petitioners and Respondents/
Defendants-Appellees/Cross-Appellants.
(CAAP-19-0000505; CASE. NO. 5CC161000209)
-----------------------------------------------------------------

WAYNE RAPOZO and SHANNON BUCKNER,
Petitioners and Respondents/Plaintiffs-Appellants,

vs.

IVY H. ANDRADE, Personal Representative of the
Estate of CARLOS LAWRENCE ANDRADE, Deceased,
Respondent and Petitioner/Defendant-Appellee.
(CAAP-19-0000576; CASE NO. 5CC191000044)

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners' Application for Writ of Certiorari, filed on July 30, 2024, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 26, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens



4